B1 (Official Form 1) (12/11)

# United States Bankruptcy Court
# District of Nebraska

**Voluntary Petition**

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Williams, Andrew** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Williams, Monina Ramiro** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **Monina Ramiro**<br>**Monina R Williams** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): **2267** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): **3960** |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **4708 S. 153rd Street**<br>**Omaha, NE**<br>ZIPCODE **68137** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): **4708 S. 153rd Street**<br>**Omaha, NE**<br>ZIPCODE **68137** |
| County of Residence or of the Principal Place of Business: **Douglas** | County of Residence or of the Principal Place of Business: **Douglas** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):

ZIPCODE

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Williams, Andrew & Williams, Monina Ramiro**

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| None | | |
| | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor | Case Number | Date Filed |
|---|---|---|
| None | | |
| **District:** | **Relationship:** | **Judge:** |
| | | |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X ***/s/ Francis X. Skrupa*** **9/13/12**
Signature of Attorney for Debtor(s) Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Williams, Andrew & Williams, Monina Ramiro**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Andrew Williams***
Signature of Debtor **Andrew Williams**

X ***/s/ Monina R Williams***
Signature of Joint Debtor **Monina R Williams**

Telephone Number (If not represented by attorney)

**September 13, 2012**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

#### Signature of Attorney*

X ***/s/ Francis X. Skrupa***
Signature of Attorney for Debtor(s)

**Francis X. Skrupa 19722**
**Skrupa Law Office, LLC**
**11711 Arbor Street, Suite 100**
**Omaha, NE 68144**
**(402) 571-2900 Fax: (402) 571-1745**

**September 13, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

#### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X
Signature

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Nebraska**

**IN RE:** Case No. ______________

**Williams, Andrew & Williams, Monina Ramiro** Chapter **7**
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **September 13, 2012** Signature: ***/s/ Andrew Williams***
**Andrew Williams** Debtor

Date: **September 13, 2012** Signature: ***/s/ Monina R Williams***
**Monina R Williams** Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Aes/nct
1200 North 7th Street
Harrisburg, PA 17102

Aes/nct
AES/DDB
Po Box 8183
Harrisburg, PA 17105

Amex
P.o. Box 981537
El Paso, TX 79998

Amex
AMERICAN EXPRESS SPECIAL RESEARCH
Po Box 981540
El Paso, TX 79998

Bank Of America
Po Box 982235
El Paso, TX 79998

Bank Of The West
2527 Camino Ramon
San Ramon, CA 94583

Bank Of The West
ATTN: BANKRUPTCY
Po Box 5172
San Ramon, CA 94583

Bart M Sturdy
200 The Omaha Club
2002 Douglas Street
Omaha, NE 68102

Borsheim Jewelry Co
120 Regency Pkwy
Omaha, NE 68114

Cap One
Po Box 85520
Richmond, VA 23285

Cap One
CAPITAL ONE BANK (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

Cap1/bstby
Po Box 5253
Carol Stream, IL 60197

Cb Watertown
26 S Broadway
Watertown, SD 57201

Department Of Revenue
301 West High Street Room 330
Jefferson City, MO 65109

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Douglas County Attorney
1701 Farnam Street
100 Hall Justice
Omaha, NE 68183

Douglas County Treasurer
1819 Farnam Street #H-03
Omaha, NE 68183-0003

First Natl Bk Of Omaha
1620 Dodge St
Omaha, NE 68197

Firstmark
Pob 25410
Woodbury, MN 55125

Gecrb/amer Eagle
Po Box 981400
El Paso, TX 79998

Gecrb/amer Eagle
GE CAPITAL RETAIL BANK/ATTENTION: BANKRU
Po Box 103104
Roswell, GA 30076

Gecrb/gapdc
Po Box 981400
El Paso, TX 79998

Gecrb/gapdc
ATTN: BANKRUPTCY
Po Box 103104
Roswell, GA 30076

Gecrb/jcp
Po Box 984100
El Paso, TX 79998

Gecrb/jcp
ATTENTION: BANKRUPTCY
Po Box 103104
Roswell, GA 30076

Gecrb/old Navy
Po Box 965005
Orlando, FL 32896

Gecrb/old Navy
ATTENTION: GEMB
Po Box 103104
Roswell, GA 30076

Internal Revenue Service
Attn: Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

Lakeside Orthopedic
1413 S Washington Street Ste 200
Papillion, NE 68046

Lund Company
120 Regency Pkwy
Omaha, NE 68114

Mb Fin Svcs
P.o. Box 961
Roanoke, TX 76262

Mercedes Benz Of Omaha
14331 Hillsdale Ave
Omaha, NE 68114

Merchants Credit Adjusters
17055 Frances Street, Ste 100
Omaha, NE 68130

Nebraska Furniture Mar
700 S 72nd St
Omaha, NE 68114

Nebraska Furniture Mar
ATTN: COLLECTIONS
Po Box 2335
Omaha, NE 68103

Nordstrom Fsb
Po Box 13589
Scottsdale, AZ 85267

Nordstrom Fsb
ATTENTION: ACCOUNT SERVICES
Po Box 6566
Englewood, CO 80155

Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773

Sallie Mae
ATTN: CLAIMS DEPARTMENT
Po Box 9500
Wilkes-barre, PA 18773

Sanford Pollack
1003 H Street
Lincoln, NE 68508

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117

Target N.b.
Po Box 673
Minneapolis, MN 55440

Target N.b.
C/O FINANCIAL & RETAIL SERVICES
Mailstop Bv P.o.box 9475
Minneapolis, MN 55440

Us Bank
Po Box 790084
Saint Louis, MO 63179

Us Bank
ATTENTION: BANKRUPTCY DEPT.
Po Box 5229
Cincinnati, OH 45201

Von Maur
6565 Brady
Davenport, IA 52806

Von Maur
ATTN: CREDIT DEPT
6565 Brady St.
Davenport, IA 52806

Wells Fargo Bank
Po Box 14517
Des Moines, IA 50306

Wells Fargo Bank
1 HOME CAMPUS
3rd Floor
Des Moines, IA 50328

West Asset Management
2703 N Highway 75
Sherman, TX 75090

West Asset Management
2703 N Highway 75
Sherman, TX 75092

Wfnnb/ann Taylor
Po Box 182273
Columbus, OH 43218

Wfnnb/ann Taylor
ATTENTION: BANKRUPTCY
Po Box 182686
Columbus, OH 43218

Wfnnb/express
4590 E Broad St
Columbus, OH 43213

Wfnnb/express
ATTENTION: BANKRUPTCY
Po Box 182685
Columbus, OH 43218

Younkers
3201 S 144th Street
Omaha, NE 68144