United States Bankruptcy Court
District of Nebraska

In re:
Andrew Williams
Monina Ramiro Williams
Debtors

Case No. 12-82057-TLS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0867-8 User: admin Page 1 of 3 Date Rcvd: Jan 08, 2013
Form ID: B18 Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2013.

| | |
|---|---|
| db/jdb | +Andrew Williams, Monina Ramiro Williams, 4708 S. 153rd Street, Omaha, NE 68137-5028 |
| cr | +Capital One, N.A., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| 3972744 | +Aes/nct, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 3972745 | +Aes/nct, AES/DDB, Po Box 8183, Harrisburg, PA 17105-8183 |
| 3972748 | +Bank Of America, Po Box 982235, El Paso, TX 79998-2235 |
| 3972750 | +Bank Of The West, ATTN: BANKRUPTCY, Po Box 5172, San Ramon, CA 94583-5172 |
| 3972751 | +Bart M Sturdy, 200 The Omaha Club, 2002 Douglas Street, Omaha, NE 68102-1210 |
| 3972752 | +Borsheim Jewelry Co, 120 Regency Pkwy, Omaha, NE 68114-4300 |
| 3972755 | +Cap1/bstby, Po Box 5253, Carol Stream, IL 60197-5253 |
| 3972756 | +Cb Watertown, 26 S Broadway, Watertown, SD 57201-3604 |
| 3972759 | +Douglas County Attorney, 1701 Farnam Street, 100 Hall Justice, Omaha, NE 68183-0001 |
| 3972760 | Douglas County Treasurer, 1819 Farnam Street #H-03, Omaha, NE 68183-0003 |
| 3972761 | +First Natl Bk Of Omaha, 1620 Dodge St, Omaha, NE 68197-0002 |
| 3972772 | +Lakeside Orthopedic, 1413 S Washington Street Ste 200, Papillion, NE 68046-4193 |
| 3972773 | +Lund Company, 120 Regency Pkwy, Omaha, NE 68114-4301 |
| 3972774 | +Mb Fin Svcs, P.o. Box 961, Roanoke, TX 76262-0961 |
| 3972775 | +Mercedes Benz Of Omaha, 14331 Hillsdale Ave, Omaha, NE 68137 |
| 3972776 | #+Merchants Credit Adjusters, 17055 Frances Street, Ste 100, Omaha, NE 68130-4655 |
| 3972783 | +Sanford Pollack, 1003 H Street, Lincoln, NE 68508-3170 |
| 3972789 | ++VON MAUR INC, 6565 BRADY STREET, DAVENPORT IA 52806-2054 (address filed with court: Von Maur, 6565 Brady, Davenport, IA 52806) |
| 3972791 | +Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 3972799 | +Younkers, 3201 S 144th Street, Omaha, NE 68144-5212 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | |
|---|---|
| cr | +E-mail/Text: demand@nfm.com Jan 08 2013 20:20:31 Nebraska Furniture Mart, PO BOX 3000, Omaha, NE 68103-3030 |
| 3972747 | +EDI: AMEREXPR.COM Jan 08 2013 20:13:00 Amex, AMERICAN EXPRESS SPECIAL RESEARCH, Po Box 981540, El Paso, TX 79998-1540 |
| 3972746 | +EDI: AMEREXPR.COM Jan 08 2013 20:13:00 Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 3972749 | +E-mail/Text: bknotices@bankofthewest.com Jan 08 2013 20:19:11 Bank Of The West, 2527 Camino Ramon, San Ramon, CA 94583-4213 |
| 3972753 | EDI: CAPITALONE.COM Jan 08 2013 20:13:00 Cap One, Po Box 85520, Richmond, VA 23285 |
| 3972754 | +EDI: CAPITALONE.COM Jan 08 2013 20:13:00 Cap One, CAPITAL ONE BANK (USA) N.A., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 3972757 | +E-mail/Text: ecfnotices@dor.mo.gov Jan 08 2013 20:19:45 Department Of Revenue, 301 West High Street Room 330, Jefferson City, MO 65101-1517 |
| 3972758 | +EDI: DISCOVER.COM Jan 08 2013 20:13:00 Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 3972763 | +EDI: RMSC.COM Jan 08 2013 20:13:00 Gecrb/amer Eagle, Po Box 981400, El Paso, TX 79998-1400 |
| 3972764 | +EDI: RMSC.COM Jan 08 2013 20:13:00 Gecrb/amer Eagle, GE CAPITAL RETAIL BANK/ATTENTION: BANKRU, Po Box 103104, Roswell, GA 30076-9104 |
| 3972765 | +EDI: RMSC.COM Jan 08 2013 20:13:00 Gecrb/gapdc, Po Box 981400, El Paso, TX 79998-1400 |
| 3972766 | +EDI: RMSC.COM Jan 08 2013 20:13:00 Gecrb/gapdc, ATTN: BANKRUPTCY, Po Box 103104, Roswell, GA 30076-9104 |
| 3972767 | +EDI: RMSC.COM Jan 08 2013 20:13:00 Gecrb/jcp, Po Box 984100, El Paso, TX 79998-4100 |
| 3972768 | +EDI: RMSC.COM Jan 08 2013 20:13:00 Gecrb/jcp, ATTENTION: BANKRUPTCY, Po Box 103104, Roswell, GA 30076-9104 |
| 3972769 | +EDI: RMSC.COM Jan 08 2013 20:13:00 Gecrb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 3972770 | +EDI: RMSC.COM Jan 08 2013 20:13:00 Gecrb/old Navy, ATTENTION: GEMB, Po Box 103104, Roswell, GA 30076-9104 |
| 3972771 | EDI: IRS.COM Jan 08 2013 20:13:00 Internal Revenue Service, Attn: Insolvency Unit, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 3972778 | +E-mail/Text: demand@nfm.com Jan 08 2013 20:20:31 Nebraska Furniture Mar, ATTN: COLLECTIONS, Po Box 2335, Omaha, NE 68103-2335 |
| 3972777 | +E-mail/Text: demand@nfm.com Jan 08 2013 20:20:31 Nebraska Furniture Mar, 700 S 72nd St, Omaha, NE 68114-4697 |
| 3972780 | +E-mail/Text: bnc@nordstrom.com Jan 08 2013 20:18:21 Nordstrom Fsb, ATTENTION: ACCOUNT SERVICES, Po Box 6566, Englewood, CO 80155-6566 |
| 3972779 | +E-mail/Text: bnc@nordstrom.com Jan 08 2013 20:18:21 Nordstrom Fsb, Po Box 13589, Scottsdale, AZ 85267-3589 |
| 3972781 | +EDI: SALMAESERVICING.COM Jan 08 2013 20:13:00 Sallie Mae, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 3972782 | +EDI: SALMAESERVICING.COM Jan 08 2013 20:13:00 Sallie Mae, ATTN: CLAIMS DEPARTMENT, Po Box 9500, Wilkes-barre, PA 18773-9500 |
| 3972784 | +EDI: SEARS.COM Jan 08 2013 20:13:00 Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 3972786 | +EDI: WTRRNBANK.COM Jan 08 2013 20:13:00 Target N.b., C/O FINANCIAL & RETAIL SERVICES, Mailstop Bv P.o.box 9475, Minneapolis, MN 55440-9475 |
| 3972785 | +EDI: WTRRNBANK.COM Jan 08 2013 20:13:00 Target N.b., Po Box 673, Minneapolis, MN 55440-0673 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

3972788 EDI: USBANKARS.COM Jan 08 2013 20:28:00 Us Bank, ATTENTION: BANKRUPTCY DEPT., Po Box 5229, Cincinnati, OH 45201
3972787 EDI: USBANKARS.COM Jan 08 2013 20:28:00 Us Bank, Po Box 790084, Saint Louis, MO 63179
3972792 +EDI: WFFC.COM Jan 08 2013 20:13:00 Wells Fargo Bank, 1 HOME CAMPUS, 3rd Floor, Des Moines, IA 50328-0001
3972793 +EDI: WESTASSET.COM Jan 08 2013 20:28:00 West Asset Management, 2703 N Highway 75, Sherman, TX 75090-2567
3972795 +EDI: WFNNB.COM Jan 08 2013 20:13:00 Wfnnb/ann Taylor, Po Box 182273, Columbus, OH 43218-2273
3972796 +EDI: WFNNB.COM Jan 08 2013 20:13:00 Wfnnb/ann Taylor, ATTENTION: BANKRUPTCY, Po Box 182686, Columbus, OH 43218-2686
3972798 +EDI: WFNNB.COM Jan 08 2013 20:13:00 Wfnnb/express, ATTENTION: BANKRUPTCY, Po Box 182685, Columbus, OH 43218-2685
3972797 +EDI: WFNNB.COM Jan 08 2013 20:13:00 Wfnnb/express, 4590 E Broad St, Columbus, OH 43213-1301

TOTAL: 34

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr Borsheims Jewelry Company, Inc.
3972790* ++VON MAUR INC, 6565 BRADY STREET, DAVENPORT IA 52806-2054 (address filed with court: Von Maur, ATTN: CREDIT DEPT, 6565 Brady St., Davenport, IA 52806)
3972794* +West Asset Management, 2703 N Highway 75, Sherman, TX 75090-2567
3972762 ##+Firstmark, Pob 25410, Woodbury, MN 55125-0410

TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2013** **Signature:** Joseph Speetjens

District/off: 0867-8 User: admin Page 3 of 3 Date Rcvd: Jan 08, 2013
Form ID: B18 Total Noticed: 56

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2013 at the address(es) listed below:

Francis X. Skrupa on behalf of Debtor Andrew Williams skrupa2@yahoo.com, skrupalaw2@gmail.com
Jamey A. Pursley on behalf of Creditor Capital One, N.A. ecf@bass-associates.com
Jerry L. Jensen on behalf of U.S. Trustee Patricia Fahey Jerry.L.Jensen@usdoj.gov
Joseph H. Badami jbadami@woodsaitken.com, ne06@ecfcbis.com;kpaul@woodsaitken.com
Patricia Fahey ustpregion13.om.ecf@usdoj.gov
Patti H. Bass on behalf of Creditor Capital One, N.A. ecf@bass-associates.com
Sara E. Miller on behalf of Creditor Borsheims Jewelry Company, Inc. bqbk@bqlaw.com, smiller@bqlaw.com

TOTAL: 7

**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

District of Nebraska

**Case No. 12−82057−TLS**

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew Williams
4708 S. 153rd Street
Omaha, NE 68137

Monina Ramiro Williams
aka Monina Ramiro, aka Monina R Williams
4708 S. 153rd Street
Omaha, NE 68137

Social Security / Individual Taxpayer ID No.:
xxx−xx−2267
xxx−xx−3960

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 1/7/13

Thomas L. Saladino
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**